1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   OVIDIO HUMBERTO GARCIA-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-356 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| OVIDIO HUMBERTO GARCIA-MENDEZ, | ) | |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | Date:  March 30, 2012 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference regarding judgment and sentencing scheduled for March 30, 2012, be vacated and the matter continued until June 1, 2012, at the request of the defense.

The reason for the continuance is to permit time for further investigation by the Probation Officer and Counsel regarding the offense level computations in the draft presentence report.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act does not apply to this post-guilty plea continuance.

**IT IS SO STIPULATED.**

Date: March 29, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney
Counsel for Plaintiff

Date: March 29, 2012  DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge